**STATE of Missouri, Respondent,**

v.

**Gregory WILLIAMS, Appellant.**

**No. 45860.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 5, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied May 13, 1983.

Application to Transfer Denied
June 30, 1983.

Joseph Downey, Public Defender, Henry Robertson, Asst. Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George A. Peach, Circuit Atty., St. Louis, for respondent.

PER CURIAM.

Defendant appeals from his conviction for robbery, first degree, a violation of § 569.020, RSMo.1978, and his subsequent sentence as a persistent offender to fifteen years with the Department of Corrections. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 30.25(b).